[No. 10285-1-I. Division One. August 7, 1985.]

GENE F. MILLER, *Respondent*, v. MICHAEL DICKINSON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 80-2-02169-7, John E. Rutter, Jr., J., entered April 21, 1981. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Williams and Coleman, JJ.

[No. 15308-1-I. Division One. August 7, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID C. OLUFSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83-1-00882-1, Liem E. Tuai, J., entered November 4, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Corbett, C.J., and Ringold, J.

[No. 6818-4-II. Division Two. August 7, 1985.]

DONALD S. WATSON, ET AL, *Appellants*, v. CLALLAM COUNTY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 29148, James D. Roper, J., entered December 22, 1982. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Reed, J.

[No. 6992-0-II. Division Two. August 7, 1985.]

JOHN A. WILKINS, *Appellant*, v. RICHARD L. STUHR, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 10084, William E. Howard, J., entered March 25, 1983. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Alexander, J.